McNEILL v. DANIEL.

HILL, J.  Under the pleadings and the evidence in the case, the court did not err in granting the temporary injunction.

*Judgment affirmed. All the Justices concur.*

No. 7186.  JANUARY 14, 1930.

*Hitch, Denmark & Lovett,* for plaintiff in error.
*Fleming & Fleming,* contra.